UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 11-037

UNITED STATES OF AMERICA v. STEPHEN PIRRONE, Defendant (Inmate No. 670776)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. STEPHEN PIRRONE (Inmate No. 670776) is now confined at South Woods State Prison, 215 Burlington Road South, Bridgeton, New Jersey.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable William H. Walls, on Tuesday, March 13, 2012 at 9:30 a.m. for a Sentencing Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: March 5, 2012

JONATHAN W. ROMANKOW
Assistant United States Attorney
Petitioner--(973) 645-2884

ORDER FOR WRIT: Let the Writ Issue.

DATED: March 7, 2012

HONORABLE WILLIAM H. WALLS
United States District Judge

---

WRIT OF HABEAS CORPUS: The United States of America to WARDEN OF SOUTH WOODS STATE PRISON

WE COMMAND YOU that you have the body of STEPHEN PIRRONE (Inmate No. 670776) (by whatever name called or charged) now confined in South Woods State Prison, 215 Burlington Road South, Bridgeton, New Jersey before the United States District Court before the Honorable William H. Walls at the U.S. District Court, Newark, New Jersey on Tuesday, March 13, 2012 at 9:30 a.m. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, New Jersey

DATED: March 7, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:

Deputy Clerk